FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

ALLISON D. MCFEATTERS
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: alllison.mcfeatters@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 06 2011
at 3 o'clock and 30 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 11-00423 |
| Plaintiff, | INFORMATION |
| vs. | 40 U.S.C.1315(c); |
| KRISTIN M. SMITH, | 32 C.F.R. 634.25(f), |
| Defendant. | H.R.S. § 431:10C-104 |
| | Citation No.: A23987015/H-10 |
| | A & P Date: 10 May 11 |

INFORMATION

The United States Attorney charges that:

On or about March 18, 2011, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, KRISTIN M. SMITH, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway without valid insurance.

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED: MAY 0 6 2011, Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By [signature]
ALLISON D. MCFEATTERS
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. KRISTIN M. SMITH
CR. No.
Citation No.: A23987015/H-10
"INFORMATION"